AO 442 (Rev. 01/09) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT

2016 MAR 15 PM 1:41

for the
Southern District of Ohio

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| United States of America | ) |
| v. | ) |
| HOLT PARKER | ) Case No. 1:16MJ-138 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* HOLT PARKER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252A(a)(2) - Diistribution and Receipt of Child Pornography; and
18 U.S.C. 2232(a) - Destruction or Removal of Property to Prevent Seizure.

[SEE ATTACHED INDICTMENT]

Date: 3/15/16

*Stephanie K Bowman*
*Issuing officer's signature*

City and state: Cincinnati, OH

Honorable Stephanie K. Bowman
*Printed name and title*

2016 MAR 15 PM 1:45
FILED RICHARD W. NAGEL CLERK OF COURT

---

**Return**

This warrant was received on *(date)* 3/15/2016, and the person was arrested on *(date)* 3/15/2016
at *(city and state)* Cincinnati, Ohio.

Date: 3/15/2016

*Arresting officer's signature*

Gabriel C. Hopkins, Special Agent FBI
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: __HOLT PARKER__

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: SA Gabriel Hopkins, Federal Bureau of Investigation
(513) 317-7206

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____